IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIELLE CIRILLO, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>*Defendant.* | Civil Action No.: 5:21-cv-00088-<br>**ORDER** |
| SABRINA STILES, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>*Defendant.* | Civil Action No.: 5:23-cv-00060-<br>**ORDER** |

AND NOW, this 11 day of May, 2023, for the reasons set forth in the Memorandum in support of Plaintiffs' Motion for Consolidation of Cases, it is hereby ORDERED that the matters of *Cirillo v. Citrix Systems, Inc.*, CA No.: 5:21-cv-00088-BO and *Stiles v. Citrix Systems, Inc.*, CA No.: 5:23-cv-00060-BO be consolidated for purposes of settlement.

*Terrence Boyle*
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE